4/13/08

To whom this may concern...

My name is Dallan Louis #V78658 and I'm requesting a docket report for a civil suit I submitted on December 4th 2007 because I'm not sure any action was taken on the case I filed.

Thanks

C07-6293
JSW

DALLAS LOUIS # J78658
CALIFORNIA CORRECTIONAL INSTITUTION
PO BOX 1906/4B-1A-209
TEHACHAPI STATE PRISON
Tehachapi, CA, 93581

LEGAL MAIL

MOJAVE CA
14 APR 2008 PM

USA 41

NORTHERN DISTRICT of CALIFORNIA
US COURT HOUSE, D.C./DEPT. 2
450 GOLDEN GATE AVE, 17TH FLOOR
SAN FRANCISCO, CA, 94102-3483
ATTN: CLERK