1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  TRACE O. MAIORINO, State Bar No. 179749
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (415) 703-5975
8   Fax: (415) 703-5843
    Email: Trace.Maiorino@doj.ca.gov
9
   Attorneys for Defendant Puckett
10

11
                    IN THE UNITED STATES DISTRICT COURT
12
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                         SAN FRANCISCO DIVISION
14

15  DALLAN A. LOUIS,                          C 07-6293 JSW

16                        Plaintiff,          DEFENDANT'S WAIVER OF
                                              REPLY;
17          v.
                                              DEMAND FOR JURY TRIAL
18  PUCKETT, et al.,

19                        Defendants.

20
21      TO PLAINTIFF DALLAN A. LOUIS, IN PRO SE:

22      PLEASE TAKE NOTICE THAT Defendant Puckett waives his right to reply to the

23  complaint under 28 U.S.C. § 1997e(g). That section provides that:

24      (1) Any defendant may waive the right to reply to any action brought by a
        prisoner confined in any jail, prison, or other correctional facility under
25      section 1983 of this title or any other Federal law. Notwithstanding any
        other law or rule of procedure, such waiver shall not constitute an admission
26      of the allegations contained in the complaint. No relief shall be granted to
        the plaintiff unless a reply has been filed.
27
        (2) The court may require any defendant to reply to a complaint brought
28      under this section if it finds that the plaintiff has a reasonable opportunity to

Def.'s Waiver Reply & Jury Trial Demand                    D. A. Louis v. Puckett, et al.
                                                                                  C 07-6293 JSW

                                            1

1 | prevail on the merits.
*Id.*

In addition, Defendant demands a trial by jury in this case.

Dated: June 2, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

THOMAS S. PATTERSON
Supervising Deputy Attorney General

*[signature: Trace Maiorino]*

TRACE O. MAIORINO
Deputy Attorney General
Attorneys for Defendant Puckett

10441896.wpd
SF2008401774

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **D. A. Louis v. Puckett, et al.**

No.:   **C 07-6293 JSW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 3, 2008, I served the attached

### DEFENDANT'S WAIVER OF REPLY; DEMAND FOR JURY TRIAL

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Louis A. Dallan, V-78658**
**California Correctional Institution**
**P. O. Box 1031**
**Tehachapi, CA 93581-1031**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 3, 2008, at San Francisco, California.

|  |  |
|---|---|
| T. Oakes | /s/ T. Oakes |
| Declarant | Signature |

20114736.wpd