EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
TRACE O. MAIORINO, State Bar No. 179749
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5975
  Fax: (415) 703-5843
  Email: Trace.Maiorino@doj.ca.gov

Attorneys for Defendant Puckett

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DALLAN A. LOUIS,<br><br>                            Plaintiff,<br><br>v.<br><br>PUCKETT, et al.,<br><br>                           Defendants. | C 07-6293 JSW<br><br>**DEFENDANT PUCKETT'S NOTICE OF MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

     For the reasons fully set forth in the accompanying declaration of counsel, Defendant Puckett respectfully requests that this Court grant a sixty-day extension from the current deadline of June 23, 2008, up to and including August 22, 2008, to file a motion for summary judgment or

///
///
///
///
///
///

1 | other dispositive motion in this case.

2 | Dated: June 20, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

THOMAS S. PATTERSON
Supervising Deputy Attorney General

*/s/ Trace O. Maiorino*

TRACE O. MAIORINO
Deputy Attorney General
Attorneys for Defendant Puckett

20118199.wpd
SF2008401774

Def.'s Not. Mot. Extension Time File Dispositive Mot.

*D. A. Louis v. Puckett, et al.*
C 07-6293 JSW