EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
TRACE O. MAIORINO, State Bar No. 179749
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5975
  Fax: (415) 703-5843
  Email: Trace.Maiorino@doj.ca.gov

Attorneys for Defendant Puckett

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DALLAN A. LOUIS,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**PUCKETT, et al.,**<br><br>　　　　　　　　　　　Defendants. | C 07-6293 JSW<br><br>**DECLARATION OF TRACE O. MAIORINO IN SUPPORT OF DEFENDANT PUCKETT'S MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

I, TRACE O. MAIORINO, declare:

1.　I am an attorney admitted to practice before the courts of the State of California and before this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Law Section, and I am assigned to represent Defendant Puckett in this case. I am competent to testify to the matters in this declaration, and if called upon to do so, I would and could so testify.

2.　Plaintiff Dallan A. Louis is a state prisoner currently incarcerated at Salinas Valley State Prison (Salinas Valley), in Soledad, CA.

3.　Plaintiff filed his complaint on December 12, 2007, alleging a violation of his civil
Decl. Trace O. Maiorino Supp. Def. Puckett's Mot. Extension Time　　　　　　　　　　D. A. Louis v. Puckett, et al.
C 07-6293 JSW

1

rights under 42 U.S.C. § 1983 while incarcerated at Salinas Valley. The Court issued its Order of Service and found that Plaintiff had stated a cognizable claim that Defendant had violated Plaintiff's First Amendment rights by withholding his mail. The Court ordered Defendant to file a dispositive motion no later than June 23, 2008.

4. On behalf of Defendant, I am seeking a sixty-day extension of time from the current deadline of June 23, 2008 to file a dispositive motion, up to and including Friday, August 22, 2008. This is the first request for an extension of time following the Court's Order of Service. The basis for Defendant's request is as follows:

   a. The necessary documents and witnesses have been unavailable. Additional time is needed to complete the investigation and procurement of the necessary information to prepare Defendant's dispositive motion.

   a. I am presently completing discovery requests on behalf of five Defendants in an unrelated matter due on June 23, 2008.

   b. I was responsible for preparing two separate dispositive motions in unrelated matters due on May 30, 2008 and June 5, 2008, respectively.

   c. I was on vacation from June 7-16, 2008.

   d. Finally, I am currently handling the discovery matters in another lawsuit set for trial on November 3, 2008.

5. Plaintiff is currently incarcerated and is not readily available to stipulate to an extension of time for the dispositive motion deadline. Because it is difficult to deliver this motion on the same day that it is filed, Defendant will serve Plaintiff a copy of this motion by overnight mail.

6. This request for an extension is not made for any purpose of harassment or undue delay and Plaintiff should not be prejudiced in any way.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 20, 2008 at San Francisco, California.

/s/ TRACE O. MAIORINO

Decl. Trace O. Maiorino Supp. Def. Puckett's Mot. Extension Time                    D. A. Louis v. Puckett, et al.
                                                                                    C 07-6293 JSW