IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DALLAN A. LOUIS,<br><br>           Plaintiff,<br><br>v.<br><br>PUCKETT, et al.,<br><br>           Defendants. | C 07-6293 JSW<br><br>[Proposed] ORDER GRANTING DEFENDANT PUCKETT'S REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |
|---|---|

For good cause appearing, the request by Defendant Puckett for a sixty-day extension of time in which to file a dispositive motion is hereby granted. Defendant may file a dispositive motion up to and including August 22, 2008.

Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than thirty days after the date on which Defendant's motion is filed.

Defendant shall file a reply brief no later than fifteen days after the date Plaintiff's opposition is filed.

IT IS SO ORDERED.

Dated:_____

                                    THE HONORABLE JEFFREY S. WHITE
                                    United States District Judge

Order Granting Def. Puckett's Req. Extension Time                    D. A. Louis v. Puckett, et al.
                                                                      C 07-6293 JSW

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   D. A. Louis v. Puckett, et al.

No.:   C 07-6293 JSW

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 23, 2008, I served the attached

**DEFENDANT PUCKETT'S NOTICE OF MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

**DECLARATION OF TRACE O. MAIORINO IN SUPPORT OF DEFENDANT PUCKETT'S MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

**[Proposed] ORDER GRANTING DEFENDANT PUCKETT'S NOTICE OF MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Louis A. Dallan, V-78658**
**California Correctional Institution**
**P. O. Box 1031**
**Tehachapi, CA 93581-1031**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 23, 2008, at San Francisco, California.

|  |  |
|---|---|
| T. Oakes | /s/ T. Oakes |
| Declarant | Signature |

20118361.wpd