RECEIVED

JUN 23 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE# C07-6293-JSW

I would like to know the status of a motion I filed for reconsideration.

Dallan Louis # V78658
California Correctional Institution
Tehachapi State Prison
P.O. Box 1906
Tehachapi, CA 93581

Legal Mail

BAKERSFIELD CA 953
MOJAVE CA
20 JUN 2008 PM 3 L

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102