**FILED**

JUL 08 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DALLAN A. LOUIS,<br><br>                              Plaintiff,<br><br>v.<br><br>PUCKETT, et al.,<br><br>                              Defendants. | C 07-6293 JSW<br><br>[Proposed] ORDER GRANTING DEFENDANT PUCKETT'S REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION<br>(Docket No. 12) |

For good cause appearing, the request by Defendant Puckett for a sixty-day extension of time in which to file a dispositive motion is hereby granted. Defendant may file a dispositive motion up to and including August 22, 2008.

Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than thirty days after the date on which Defendant's motion is filed.

Defendant <u>shall</u> file a reply brief no later than fifteen days after the date Plaintiff's opposition is filed.

IT IS SO ORDERED.

Dated: JUL 0 3 2008

_____
THE HONORABLE JEFFREY S. WHITE
United States District Judge

Order Granting Def. Puckett's Req. Extension Time                              D. A. Louis v. Puckett, et al.
                                                                                C 07-6293 JSW

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DALLAN LOUIS,

        Plaintiff,

v.

PUCKETT et al,

        Defendant.
_____/

Case Number: CV07-06293 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dallan A. Louis
P.O. Box 1906
V78658
Tehachapi, CA 93581

Trace O. Maiorino
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Dated: July 3, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk