CASE # C07-6293-JSW                              7/6/08

ATTN: Clerk

My name is Dallan Louis and I am indigent and I wanted to know is there any process that I can go through to get an court appointed attorney.

THANKS!

Dylan Louis #V78658
California Correctional Institution
California State Prison
Tehachapi
P.O. Box 1906/4B-A1-207
Tehachapi, CA 93581

Legal Mail

BAKERSFIELD CA 933
06 JUL 2008 PM 3 L

USA FIRST-CLASS FOREVER

Northern District of California
U.S. Court House, D. Dept 2
450 Golden Gate Ave, 17th Floor
San Francisco, CA 94102-3483

ATTN: CLERK

9410273661