IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. DALLAN,<br><br>        Plaintiff,<br><br>  v.<br><br>PUCKETT, et al.,<br><br>        Defendants. | No. C 07-6293 JSW (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, currently incarcerated at California State Prison in Los Angeles, California, has filed a civil rights complaint under 42 U.S.C. § 1983, regarding his conditions of confinement at the prison. On February 26, 2009, this Court ordered Plaintiff to notify the Court of whether his legal materials had been returned, which had prevented Plaintiff from responding to Defendants' earlier motion for summary judgment. Plaintiff did not respond to the Court's order. On June 30, 2009, the Court ordered Plaintiff to show cause within thirty days of the Court's order why the case should not be dismissed for failure to prosecute. In the Court's order, Plaintiff was notified that failure to respond within thirty days may result in a dismissal of the case.

More than thirty days have passed since June 30, 2009 and Plaintiff has not responded to the Court's order. Accordingly, this case is DISMISSED without prejudice for failure to prosecute and to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v.*

1  *Block*, 932 F.2d 795, 797 (9th Cir. 1991).  The Clerk shall close the file and enter
2  judgment in this matter.
3       IT IS SO ORDERED.
4  DATED: October 22, 2009

                                              JEFFREY S. WHITE
                                              United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DALLAN LOUIS,

        Plaintiff,

  v.

PUCKETT et al,

        Defendant.

Case Number: CV07-06293 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 22, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dallan A. Louis V-78658
California State Prison-Los Angeles
P.O. Box 4670
Lancaster, CA 93539

Dated: October 22, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk